UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESTATE OF GIORA DUVDEVANI<br>By and through its representative,<br>Margaret Duvdevani | : | |
| and | : | |
| MARGARET DUVDEVANI | : | |
| and | : | |
| MICHAEL LOUIS DUVDEVANI | : | Civil Action No. 1-:25-cv-00046 |
| and | : | |
| DANIEL DUVDEVANI | : | |
| and | : | |
| JEREMY DUVDEVANI | : | |
| and | : | |
| MOSHE DUVDEVANI | : | |
| and | : | |
| HAYA TELLEM | : | |
| and | : | |
| OFER ARNIN | : | |
| and | : | |
| GILAD SHILOH ALBOHER | : | |
| and | : | |
| OZ AVRAHAM OLBOHER | : | |
| and | : | |
| ADIN GESS | : | |

1

|  |  |
|---|---|
| and | : |
|  | : |
| HAGAR ALMOG | : |
|  | : |
| and | : |
|  | : |
| E.G. | : |
| by and through his legal guardians | : |
| Adin Gess and Hagar Almog | : |
|  | : |
| and | : |
|  | : |
| N.G. | : |
| by and through his legal guardians | : |
| Adin Gess and Hagar Almog | : |
|  | : |
| and | : |
|  | : |
| Y.G. | : |
| by and through his legal guardians | : |
| Adin Gess and Hagar Almog | : |
|  | : |
| and | : |
|  | : |
| ESTATE OF DAVID YAIR SHALOM NEWMAN | : |
| By and through its representative | : |
| Batya Sprei | : |
|  | : |
| and | : |
|  | : |
| NOACH NEWMAN | : |
|  | : |
| and | : |
|  | : |
| GAVRIEL NEWMAN | : |
|  | : |
| and | : |
|  | : |
| DVIR NEWMAN | : |
|  | : |
| and | : |
|  | : |
| BATYA SPREI | : |
|  | : |
| and | : |

| | |
|---|---|
| ESTATE OF DOVI KOGAN<br>By and through its representative,<br>Shaked Kogan | : <br> : <br> : <br> : |
| and | : |
| SHAKED KOGAN | : <br> : <br> : |
| and | : |
| O.K.<br>by and through his legal guardian<br>Shaked Kogan | : <br> : <br> : <br> : |
| and | : |
| S.K.<br>by and through his legal guardian<br>Shaked Kogan | : <br> : <br> : <br> : |
| and | : |
| N.K.<br>by and through his legal guardian<br>Shaked Kogan | : <br> : <br> : <br> : |
| Plaintiffs | : <br> : |
| v. | : <br> : |
| THE ISLAMIC REPUBLIC OF IRAN<br>Ministry of Foreign Affairs<br>Khomeini Avenue<br>United Nations Street<br>Tehran, Iran | : <br> : <br> : <br> : <br> : |
| and | : |
| THE SYRIAN ARAB REPUBLIC<br>Ministry of Foreign Affairs<br>Damascus, Syria | : <br> : <br> : <br> : |
| Defendants. | : <br> : |